UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel & Alexis Henderson

Case No.: 18-11440/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __May 8, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
574 School House Road
Williamstown, NJ
FMV - $281,000.00

Liens on property: PennyMac - $287,638.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel & Alexis Henderson

Case No.: 18-11440/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

JOSEPH D. MARCHAND, TRUSTEE in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on May 8, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
26 Fox Chase Drive
Blackwood, NJ
FMV - $146,929.00

Liens on property: Midland Mtg - 137,580.00

Amount of equity claimed as exempt: $9,349.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-11440-JNP
Daniel J. Henderson                                             Chapter 7
Alexis K. Henderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Apr 10, 2018
                              Form ID: pdf905     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
```
db/jdb         +Daniel J. Henderson,   Alexis K. Henderson,   574 School House Road,
                 Williamstown, NJ 08094-3783
cr             +USAA Federal Savings Bank,   Weinstein & Riley, P.S.,   2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
517293645      +American Express,   PO Box 981537,   El Paso, TX 79998-1537
517293646     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998)
517293647      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
517293649       KML Law Group, PC,   216 Haddon Avenue,   Westmont, NJ 08108
517293650      +MidFirst,   999 NW Grand Boulevard,   Oklahoma City, OK 73118-6051
517293651      +Midland Mortgage Company,   PO Box 26648,   Oklahoma City, OK 73126-0648
517293652      +PennyMac,   PO Box 514387,   Los Angeles, CA 90051-4387
517293656      +TD Bank/Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
517293657      +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
517293659      +USAA,   PO Box 33009,   San Antonio, TX 78265-3009
517293658      +USAA,   10750 McDermott Parkway,   San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517293648      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:49     Green Tree,
                 332 Minnesota Street,   Saint Paul, MN 55101-1314
517293653      +E-mail/Text: bankruptcy@prosper.com Apr 10 2018 22:58:03     Prosper Market Place,
                 101 2nd Street,   San Francisco, CA 94105-3672
517293654      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:09     Syncb/Lowe's,   PO Box 965005,
                 Orlando, FL 32896-5005
517293655      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:09     Syncb/Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
517297030      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:49     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
```
              Brian S. Thomas    on behalf of Joint Debtor Alexis K. Henderson brian@brianthomaslaw.com
              Brian S. Thomas    on behalf of Debtor Daniel J. Henderson brian@brianthomaslaw.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```