**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel J. Henderson | Social Security number or ITIN  xxx–xx–4028 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alexis K. Henderson | Social Security number or ITIN  xxx–xx–6490 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–11440–JNP

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel J. Henderson              Alexis K. Henderson

5/4/18                           **By the court:**   Jerrold N. Poslusny Jr.
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                         **Order of Discharge**                                      page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel J. Henderson  
Alexis K. Henderson  
    Debtors

Case No. 18-11440-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: May 04, 2018  
                      Form ID: 318    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.

```
db/jdb         +Daniel J. Henderson,    Alexis K. Henderson,    574 School House Road,
                 Williamstown, NJ 08094-3783
cr             +PENNYMAC LOAN SERVICES, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
517293649       KML Law Group, PC,    216 Haddon Avenue,    Westmont, NJ 08108
517293650      +MidFirst,    999 NW Grand Boulevard,    Oklahoma City, OK 73118-6051
517293651      +Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
517293652      +PennyMac,    PO Box 514387,    Los Angeles, CA 90051-4387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QJDMARCHAND.COM May 05 2018 03:54:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517293645      +EDI: AMEREXPR.COM May 05 2018 03:54:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
517293646       EDI: BANKAMER.COM May 05 2018 03:54:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
517293647      +EDI: CHASE.COM May 05 2018 03:54:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517293648      +EDI: RMSC.COM May 05 2018 03:54:00      Green Tree,    332 Minnesota Street,
                 Saint Paul, MN 55101-1314
517293653      +E-mail/Text: bankruptcy@prosper.com May 05 2018 00:13:38      Prosper Market Place,
                 101 2nd Street,    San Francisco, CA 94105-3672
517293654      +EDI: RMSC.COM May 05 2018 03:54:00      Syncb/Lowe's,    PO Box 965005,    Orlando, FL 32896-5005
517293655      +EDI: RMSC.COM May 05 2018 03:54:00      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517297030      +EDI: RMSC.COM May 05 2018 03:54:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517293656      +EDI: WTRRNBANK.COM May 05 2018 03:54:00      TD Bank/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
517293657      +EDI: CITICORP.COM May 05 2018 03:54:00      THD/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
517293659      +EDI: USAA.COM May 05 2018 03:53:00      USAA,    PO Box 33009,    San Antonio, TX 78265-3009
517293658      +EDI: USAA.COM May 05 2018 03:53:00      USAA,    10750 McDermott Parkway,
                 San Antonio, TX 78288-1600
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

      Brian S. Thomas    on behalf of Joint Debtor Alexis K. Henderson brian@brianthomaslaw.com  
      Brian S. Thomas    on behalf of Debtor Daniel J. Henderson brian@brianthomaslaw.com  
      Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com, BNCmail@w-legal.com  
      Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 04, 2018
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                 TOTAL: 7