# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–11440–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel J. Henderson
574 School House Road
Williamstown, NJ 08094

Alexis K. Henderson
574 School House Road
Williamstown, NJ 08094

Social Security No.:
  xxx–xx–4028

  xxx–xx–6490

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 29, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 27 – 17
Order Denying Approval of Reaffirmation Agreement. (related document:17 Reaffirmation Agreement filed by Creditor USAA Federal Savings Bank). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/29/2018. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 29, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel J. Henderson  
Alexis K. Henderson  
    Debtors

Case No. 18-11440-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018  
                         Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
```
db/jdb        +Daniel J. Henderson,    Alexis K. Henderson,    574 School House Road,
                Williamstown, NJ 08094-3783
cr            +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                Seattle, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
```
              Brian S. Thomas     on behalf of Debtor Daniel J. Henderson brian@brianthomaslaw.com
              Brian S. Thomas     on behalf of Joint Debtor Alexis K. Henderson brian@brianthomaslaw.com
              Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```